DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER C. GARCIA,**
Appellant,

v.

**GERMAN PERFORMANCE,**
Appellee.

No. 4D2024-0852

[July 31, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen McHugh, Judge; L.T. Case No. COCE23-8487.

Christopher C. Garcia, Sebring, pro se.

No brief filed for appellee.

PER CURIAM.

The court has reviewed appellant's brief and finds that no preliminary basis for reversal has been demonstrated. The appeal is therefore affirmed pursuant to Florida Rule of Appellate Procedure 9.315. Additionally, we deny appellee's May 22, 2024 amended motion for attorney's fees and deny as moot appellee's May 29, 2024 amended motion to strike appellant's initial brief.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***